UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEY GARIBAY, | No. C 09-2828 MHP (pr) |
|     Petitioner, | **JUDGMENT** |
| v. | |
| R. HOREL, warden, | |
|     Respondent. | |

The petition for writ of habeas corpus is denied on the merits.

IT IS SO ORDERED AND ADJUDGED.

DATED: May 23, 2011

Marilyn Hall Patel
United States District Judge